JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THANOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant(s). | Case No.: 8:24-cv-02235-DDP-KESx<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 18, 2025

By: *[signature]*

　　　Dean D. Pregerson
　　　United States District Judge

- 1 -

PROPOSED ORDER